# UNITED STATES DISTRICT COURT
## District of Minnesota

Tasmiin Dahir Muhumed,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-796 (PJS/DLM)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents are ORDERED to release petitioner from custody immediately, subject to the conditions of her March 8, 2023, Order of Release on Recognizance. If petitioner has been removed from Minnesota, respondents must immediately return petitioner to Minnesota.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/1/2026

KATE M. FOGARTY, CLERK